# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: DR:25-M -05151(1) |
| | § |
| (1) Johana Lizette MAIRENA-Rios | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **November 16, 2025 in Maverick** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, Johana Lizette MAIRENA-Rios, an alien, entered, or was found in the United States at or near Eagle Pass, Texas, after having been denied admission, excluded, deported, or removed from the United States through Harlingen, Tx on 08/17/2025, and not having obtained the express consent of the Secretary of the Department of Homeland Security or the Attorney General of the United States to reapply for admission thereto.  Defendant being voluntarily in the United States unlawfully , a felony,

in violation of Title  **8**  United States Code, Section(s)  **1326(a)(1)**
.

I further state that I am a(n) **Border Patrol Agent, KAUTENBERGER, SHANE** and that this complaint is based on the following facts: *"The defendant, Johana Lizette MAIRENA-Rios, was arrested by Border Patrol Agents, on November 17, 2025 for being an alien illegally present in the United States. Investigation and*

**Continued on the attached sheet and made a part of hereof.**

| | |
|---|---|
| Sworn to before me and subscribed in my presence, | /s/ KAUTENBERGER, SHANE |
| | Signature of Complainant |
| | KAUTENBERGER, SHANE |
| | Border Patrol Agent |
| 11/17/2025 | at DEL RIO, Texas |
| File Date | City and State |
| MATTHEW H. WATTERS | |
| UNITED STATES MAGISTRATE JUDGE | Signature of Judicial Officer |

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.  Case Number: DR:25-M -05151(1)

(1) Johana Lizette MAIRENA-Rios

**Continuation of Statement of Facts:**

records of the Bureau of Citizenship and Immigration Services reveal the defendant was previously deported from the United States on 08/17/2025 through Harlingen, Tx. The defendant was found in the Western District of Texas without having obtained permission from the Secretary of Homeland Security or the Attorney General of the United States to re-apply for admission after being deported. The defendant is unlawfully present in the United States."

| | |
|---|---|
| _____ | /s/ KAUTENBERGER, SHANE |
| Signature of Judicial Officer | Signature of Complainant |